AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Phillip Lloyd Morgan, AKA "Tree Top" | ) Case No: 5:20CR00007-10 |
| | ) |
| | ) USM No: 25181-509 |
| Date of Original Judgment: January 26, 2022 | ) |
| Date of Previous Amended Judgment: N/A | ) Scott G. Reddock |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ■ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____January 26, 2022____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 8, 2024

_____
*Judge's signature*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*

Effective Date: _____
*(if different from order date)*